**No. 52280.**—Brust & Sachs *v.* United States, protests 554080–G, etc. (New York).

Opinion by KINCHELOE, J.  In accordance with stipulation of counsel and following *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) the cotton gloves were held dutiable at 50 percent under paragraph 915 as "made of fabric knit on other than a warp-knitting machine," and the knit cotton fabric was held dutiable at 35 percent under paragraph 914 as "made on other than a warp-knitting machine," plus 10 cents per pound additional duty under paragraph 924 in both instances.

BEFORE THE THIRD DIVISION, APRIL 22, 1948

**No. 52281.**—Umberto Razzaboni *v.* United States, protest 133569–K (New York).

Opinion by EKWALL, J.  At the hearing it was agreed that the collector admitted error in adopting December 24, 1945, as the date of exportation, whereas the proper date was December 27, 1945, at which time the rate at which the French franc was properly convertible into United States dollars was $.008410 (T. D. 51373).  In his memorandum transmitted with the official papers, the collector stated that the time within which he may review his action under section 515 has expired.  Upon this state of the record the court sustained the claim of the plaintiff that the liquidation was in error.

**No. 52282.**—Silverite Co. *v.* United States, protest 131695–K (New York).

Opinion by JOHNSON, J.  It was stipulated that the merchandise consists of cereal or baby dishes similar in all material respects to those the subject of *Thorens, Inc.* v. *United States* (19 Cust. Ct. 67, C. D. 1069).  In accordance therewith the claim of the plaintiff was sustained.

**No. 52283.**—L. W. Wonn *v.* United States, protests 37308–K and 47270–K  (Los Angeles).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of dog food the same in all material respects as that passed upon in *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304) the claim of the plaintiff was sustained.